IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                            09-CR-129

JONATHAN WRIGHT

RESPONSE TO MOTION IN LIMINE

The Government has filed a Motion in Limine [Document 21]to make a pretrial ruling on use of lay opinion testimony regarding coded language in wire recordings and to allow for transcripts to be used and/or introduced. The Government further opines that the parties possibly stipulate to the accuracy of the transcripts.

Counsel for Mr. Wright is not authorized by Mr. Wright to make such as stipulation and further has informed counsel that he contests the draft transcripts he has reviewed.

 s/_____
Thomas J. Saunders
Federal Bar # 25084
3600 Clipper Mill Road, Suite 201
Baltimore, MD 21211
202-320-8968
thomas.j.saunders@gmail.com