UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | 09-cr-129 (ESH) |
| v. | : | |
| | : | |
| JONATHAN WRIGHT | : | |

PROPOSED ORDER

**FILED**

DEC 0 7 2009

CLERK
U.S. DISTRICT COURT

Upon consideration of the Defendant's Motion to Join Specific Motions, it is this 7 day of December, 2009, hereby

ORDERED that the motion is GRANTED.

_____
Judge Huvelle

cc:
Nikki Lotze
Lotze Mosley, LLP
503 D Street, NW
Suite 300
Washington, D.C. 20001

AUSA Anthony Scarpelli
U.S. Attorney's Office
555 Fourth Street NW
Washington, D.C. 20530