IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | 09-129-3 (ESH) |
| v. : | |
| : | |
| JONATHAN WRIGHT : | |

DEFENDANT'S PROPOSED JURY INSTRUCTIONS

Subject to modification as appropriate after presentation of all of the evidence, Jonathan Wright, through undersigned counsel, respectfully requests that the jury be instructed as follows:

NOTE:   Counsel requests that 2.08 & 2.09 be given either at the beginning, or at the end, of all instructions.

2.08   Burden of proof – Presumption of innocence
2.09   Reasonable doubt
   NOTE:   The defense objects to any proposed deviation from the Red book instruction and requests that the jury be given the standard Red book instruction.
1.10   Evaluation of Prior Inconsistent Statement of a Witness (unsworn)
2.14   Nature of charges not to be considered
5.01   Defense Theory instruction

Jonathan Wright contends that the government's failure to investigate evidence which might have helped you to fairly decide the charges against him, should leave you with reasonable doubt as to his guilt.   According to Mr. Wright, the government failed to adequately investigate Mr. Wright's conversations and activities either by wire-tap or surveillance; failed to adequately investigate Mr. Wright's financial resources; failed to adequately investigate the identity of Foot and therefore failed to investigate what, if anything Foot might have told you about Mr. Wright's intentions regarding Mr. Glover's cash; failed to adequately investigate whether either Mr. Wright or Foot had access to any cocaine much less significant quantities of cocaine, and failed to adequately investigate what, if anything, the documents carried by Cardinal Marshall may have

indicated about either the person(s) Mr. Marshall was to meet in the Bahamas, or the destination of the $175,000.

You are entitled to consider the lack of evidence on the above issues in determining whether the government has proven beyond a reasonable doubt that he intended to purchase cocaine with Mr. Glover's money.

If you find that the absence of any or all of the above evidence leaves you unconvinced that the government has proven beyond a reasonable doubt that Mr. Wright intended to use Mr. Glover's $175,000 to purchase cocaine, then you must find Jonathan Wright not guilty.

Objections to Jury Instructions Proposed by the Court

1. Instruction 11 "Inadmissible and Stricken Evidence."
2. Instruction 20 "Communication Among Defendants' Counsel."  Mr. Wright objects to the final sentence of the first paragraph "In addition, you may have also noted throughout the trial that counsel for the defendants have consulted with each other and may have divided tasks to expedite the case and minimize duplication." Mr. Wright also objects to the final paragraph which begins "Indeed, it's common for defense counsel to cooperate and consult with one another …"
3. Instruction 29 "Defendant's Theory of the Case"
4. Instruction 39 "Alternate Jurors." The two alternates to be excused are 7 & 13.

Objections to Jury Instructions Proposed by the Government

5. Mr. Wright objects to the changes to the Court's Jury Instruction 30 "Count 1-

Conspiracy" proposed by the government.

6. Mr. Wright objects to the verdict form proposed by the government, and proposes that consistent with the burden of proof, the blanks following the language regarding "**Count One**" instead be ordered as follows:

   Not Guilty: _____        Guilty:_____

7. Mr. Wright objects to the language included in the verdict form proposed by the government following "Guilty ____    Not Guilty ____", and proposes instead the following:

   If you find that the government has proven beyond a reasonable doubt that Mr. Wright is guilty of the conspiracy charged n Count One, then you must unanimously agree upon the answer to the following question:   Has the government proven beyond a reasonable doubt that the amount of cocaine that Mr. Wright is guilty of conspiring to distribute or possess with intent to distribute, is five kilograms or more?

   No:_____     Yes:_____

<u>No Objection to the Modification Proposed by Counsel for Mr. Glover</u>

Finally, counsel has no objection to the modification proposed by Mr. Glover to page 38 of the Court's instructions.

Counsel reserves the right to request other instructions as they may later become appropriate.

Respectfully submitted,

*/s/  Nikki Lotze*

_____

Nikki Lotze
LOTZE MOSLEY, LLP
503 D Street, NW
Suite 300
Washington, D.C. 20001
(202) 393-0535