Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 09-129-03
)
Jonathan Wright )

## NOTICE OF APPEAL

Name and address of appellant: Jonathan Wright, DCDC 319-311
D.C. Jail
1901 D Street, NW
Washington, D.C. 20032

Name and address of appellant's attorney: Nikki Lotze, #447-881
LOTZE MOSLEY, LLP
503 D Street, NW
Suite 300
Washington, D.C. 20001

Offense: conspiracy to possess with intent to distribute 5 kilograms or more of cocaine, 21 USC §841(b)(1)(A)(iv)

Concise statement of judgment or order, giving date, and any sentence:

judgment after conviction by jury. Sentence 121 months, imposed 5/26/10.

Name and institution where now confined, if not on bail: D.C. Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

5/27/10
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal? YES [ ] NO [✓]
Has counsel ordered transcripts? YES [ ] NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act? YES [ ] NO [✓]